**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.**

**No. 2012–5152.**

United States Court of Appeals, Federal Circuit.

May 8, 2013.

Clifford J. Shoemaker, Shoemaker, Gentry & Knickelbein, of Vienna, VA, argued for petitioner-appellant.

Lynn E. Ricciardella, Trial Attorney, Torts Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Rupa Bhattacharyya, Director, Vincent J. Matnaoski, Deputy Director, and Gabrielle M. Fielding, Assistant Director.

O'MALLEY, SCHALL, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**ACCENT PACKAGING, INC., Plaintiff–Appellant,**

v.

**LEGGETT & PLATT, INC., Defendant–Appellee.**

**No. 2012–1684.**

United States Court of Appeals, Federal Circuit.

May 8, 2013.

Keith Jaasma, Ewing & Jones, PLLC, of Houston, TX, for plaintiff-appellant.

Robert H. Reckers, Shook, Hardy & Bacon, L.L.P., of Kansas City, MO, for defendant-appellee. With him on the brief were Bart A. Starr and Jonathan N. Zerger.

PROST, REYNA, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**